| PROB 22 (Rev. 12/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 8:14CR00144-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:17CR00491 RJS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Stephen Brian Scanlon | DISTRICT District of Nebraska | DIVISION Omaha |
|---|---|---|
| FILED 2017 AUG 18 AM 10:22 CLERK U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE The Honorable Laurie Smith Camp Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/31/17 — TO 01/30/21 |

OFFENSE
Conspiracy To Distribute Marijuana [21 U.S.C. 846, 21 U.S.C. 841(b)(1)(B)] (Class B Felony)

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Utah upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/15/2017_                                   _[signature]_
Date                                               Laurie Smith Camp, *Chief U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_August 18, 2017_                              _[signature]_
*Effective* Date                                *United States District Judge*