UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

FILED
DISTRICT COURT

# Report on Offender Under Supervision

Name of Offender: **Stephen Brian Scanlon** Docket Number: **2:17CR00491-001-RJS**

2018 MAR 13 P 3:28

Name of Sentencing Judicial Officer: **Honorable Laurie Smith Camp**
**Chief U.S. District Judge**
**District of Nebraska**

DISTRICT OF UTAH
BY: DEPUTY CLERK

Name of Assigned Judicial Officer: **Honorable Robert J. Shelby**
**U.S. District Judge**
(Transfer of Jurisdiction accepted on August 18, 2017)

Date of Original Sentence: **April 6, 2015**

Original Offense: **Conspiracy to Distribute Marijuana**

Original Sentence: **30 Months Bureau of Prisons Custody/4 Years Supervised Release**

Type of Supervision: **Supervised Release** Supervision Began: **January 31, 2017**

---

**NON-COMPLIANCE SUMMARY**

| Date of Noncompliance | Nature of Noncompliance |
|---|---|
| February 9, 2018 | Driving Under the Influence, Speeding, No Insurance, Improper Lane Travel, Faulty Equipment |

**Proposed Controlling Interventions:**

**Increased drug/alcohol testing and intensify supervision.**

**Proposed Correcting Interventions:**

**Attend and successfully complete Moral Recognition Therapy at the United States Probation Office.**

Justification:

Mr. Scanlon voluntarily reported being arrested on the above listed allegations and has an arraignment/pretrial hearing scheduled in the Davis County Justice Court on April 18, 2018. He contributes the incident to extreme fatigue and stress. He denies he had consumed alcohol or illicit substances prior to the incident. He states he had taken Adderall, which he has a valid prescription for. According to the arrest report, the defendant submitted to a breathalyzer on scene, which produced negative results. The results of a blood draw are pending No alcohol or illicit substances were found in his vehicle. This is the first incident of noncompliance during the 13 months he has been under supervision. The defendant appears to be motivated and willing to abide by Court orders and recommendations of U.S. Probation at this time. The state court proceedings will be monitored closely by the probation officer and should he found guilty, he will be required to abide by sanctions imposed by the state court.

Stephen Brian Scanlon has been advised that continued noncompliance will result in further sanctions and/or the Court being petitioned to revoke his term of supervision.

If the court desires more information or another course of action, please contact me at 801-535-2764.

I declare under penalty of perjury that the foregoing is true and correct.

Shelley Mangum

by Shelley Mangum
U.S. Probation Officer
March 6, 2018

---

**THE COURT:**

- [x] Approves the proposed interventions noted above
- [ ] Denies the proposed interventions noted above
- [ ] Other

Honorable Robert J. Shelby
United States District Judge

Date: 08 March '18